UNITED STATES v. STERN et al.

(Circuit Court, S. D. New York. January 19, 1899.)

No. 2,739.

CUSTOMS DUTIES—CLASSIFICATION—FLAX PLUSH.
 Flax plush is dutiable as a "pile fabric of which flax is the component material of chief value," under paragraph 342 of the act of 1897, and not as plush or pile fabric "of cotton or other vegetable fiber," under paragraph 315; the former paragraph being more specific than the latter.

This was an application by the United States for the review of the decision of the board of general appraisers in respect to the classification for duty of certain merchandise imported by Stern Bros.

James T. Van Rensselaer, Asst. U. S. Atty.
W. Wickham Smith, for appellees.

WHEELER, District Judge. Paragraph 315 of the act of 1897 provides for a duty on "plushes, velvets, velveteens, corduroys and all pile fabrics * * * composed of cotton or other vegetable fiber," and paragraph 342 for a different duty on "all pile fabrics of which flax is the component material of chief value." The merchandise is flax plush, and plush is a pile fabric, and flax vegetable. It would fall under paragraph 315, as a plush of vegetable fiber, but for the provision in 342 for a particular kind of vegetable fiber in such fabrics. This is more specific. Decision of board reversed.